|  |  |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | IN THE |
|  | SUPREME COURT |
| v. | OF MARYLAND |
| CHRISTINA JULIANNE BOSTICK | AG No. 34 |
|  | September Term, 2022 |

# O R D E R

Upon consideration of the Joint Petition for Order Transferring the Respondent to Disability Inactive Status by Consent filed by the Attorney Grievance Commission and the Respondent, Christina Julianne Bostick, on March 16, 2023, it is this 24th day of March 2023, by the Supreme Court of Maryland,

ORDERED that the Joint Petition is GRANTED, and the Respondent, Christina Julianne Bostick, is hereby transferred to disability inactive status by consent, and it is further

ORDERED that the Clerk of this Court shall remove the name of Christina Julianne Bostick from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk